Case 4:22-cr-00097-RSB-CLR   Document 45   Filed 01/24/24   Page 1 of 1

AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br>Marvin Andino-Alvarado | Case No: 4:22CR00097-1<br>USM No: 23185-021<br>I. Cain Smith<br>*Defendant's Attorney* |

Date of Original Judgment: October 27, 2022
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __30__ months **is reduced to** __24 months__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __October 27, 2022__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: January 24, 2024

Effective Date: February 1, 2024
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia